## SCARDINO v. STATE.  (No. 10410.)

(Court of Criminal Appeals of Texas.   Nov. 17, 1926.)

**Criminal law ⚖=1097(4)—Questions as to errors in reception or rejection of testimony will not be considered in absence of statement of facts.**

Where record before appellate court is without bills of exception or statement of facts, questions as to errors in reception or rejection of testimony will not be considered.

Appeal from Harris County Court, at Law; Ray Scruggs, Judge.

Annie Scardino was convicted of contributing to the delinquency of a minor, and she appeals.   Affirmed.

Lawson & Letts, of Houston, for appellant.
Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J.   Conviction in county court at law of Harris county for contributing to the delinquency of a minor; punishment, a fine of $100.

The record is before us without any bills of exception or statement of facts.   Practically all of the questions raised in the motion for new trial relate to errors of the court alleged to have taken place in the reception or rejection of testimony.   In the absence of any statement of facts, we cannot appraise such complaints.

Finding no error in the record, the judgment will be affirmed.